IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DESHAWN MCGRAW, §
　　　　　　　　　　　　　§
　　　　　　Petitioner, §
　　　　　　　　　　　　　§
VS. § NO. 4:07-CV-246-A
　　　　　　　　　　　　　§
NATHANIEL QUARTERMAN, §
Director, Texas Department of §
Criminal Justice, §
Correctional Institutions §
Division, §
　　　　　　　　　　　　　§
　　　　　　Respondent. §

## O R D E R

Came on for consideration the above-captioned action wherein Deshawn McGraw is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On July 17, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by August 7, 2008. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.[1]

---

[1] Petitioner did file objections with the court on August 4, 2008, but they were unfiled August 6, 2008 because they were not signed. Fed. R. Civ. P. 11(a).

The court ORDERS that the petition be, and is hereby, denied.

SIGNED August 21, 2008.

_____
JOHN McBRYDE
United States District Judge